UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. (RBK) |
| | : | |
| v. | : | Crim. No. 18- 723 |
| | : | |
| ALIA AL HUNAITY | : | 8 U.S.C. § 1325(c) |
| | : | 8 U.S.C. § 1324(a)(1)(A)(iii) |
| | : | 18 U.S.C. § 1589(a) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
(Marriage Fraud)

On or about April 11, 2018, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

ALIA AL HUNAITY,

did knowingly and unlawfully enter into a marriage with Victim-1, an alien in the United States, for the purpose of evading a provision of the immigration laws of the United States.

In violation of Title 8, United States Code, Section 1325(c).

## COUNT TWO
(Harboring an Illegal Alien)

From in or around July 2009 through in or around September 2018, in Passaic County and Hudson County, in the District of New Jersey and elsewhere, the defendant,

ALIA AL HUNAITY,

knowing and in reckless disregard of the fact that an alien, namely, Victim-1, had remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in buildings and other places for the purpose of private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## **COUNT THREE**
(Forced Labor)

From in or around July 2009 through in or around September 2018, in Passaic County and Hudson County, in the District of New Jersey and elsewhere, the defendant,

ALIA AL HUNAITY,

did knowingly obtain the labor and services of Victim-1 by means of threats of serious harm, the abuse and threatened abuse of law and legal process, and a scheme, plan and pattern intended to cause Victim-1 to believe that if Victim-1 did not perform such labor and services, that Victim-1 would suffer serious harm.

In violation of Title 18, United States Code, Section 1589(a).

A TRUE BILL

FOREPERSON

_____
CRAIG CARPENITO
United States Attorney

3

CASE NUMBER: 18-723 (RBK)

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

ALIA AL HUNAITY

**INDICTMENT FOR**

8 U.S.C. § 1325(c)
8 U.S.C. § 1324(a)(1)(A)(iii)
18 U.S.C. § 1589(a)

A True Bill,

Foreperson

**CRAIG CARPENITO**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

ANDREW MACURDY
*ASSISTANT U.S. ATTORNEY*
*(973) 297-2020*

USA-48AD 8
(Ed. 1/97)