UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Robert B. Kugler |
| Plaintiff(s), | : | Criminal No. 18-00723(RBK) |
| v. | : | |
| ALIA AL HUNAITY, | : | |
| Defendant(s). | : | |

**O R D E R**

**THIS MATTER HAVING**, come before the Court upon the following motions of defendant by Galantucci & Patuto, S. Emile Lisboa, IV, Esq., appearing:

1. Motion to Supress Statements and for a Testimonial Hearing [document 20];

2. Motion to Compel Production of Discovery [document 21]; and

3. Motion in Limine to Preclude Expert Testimony [document 22], and the

court having considered the papers submitted including the opposition of the government by Alyson M. Oswald, AUSA, and Andrew Macurdy, AUSA, [document 25] and the court having heard the argument of counsel in open Court on April 8, 2019, and for the reasons expressed on the record on that date,

**IT IS ON THIS** __11th__ day of April, 2019, **ORDERED** that defendant's Motion to Suppress and for a Testimonial Hearing [document 20], Motion to Compel Production of Discovery [document 21], and Motion in Limine to Preclude Expert Testimony [document 22] be and is hereby **DENIED**.

     s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge