IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ALIA AL HUNAITY, : <br> : <br> Defendant. : | Civil No. 18-723 (RBK) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court following the in-person status conference on April 26, 2019, where the Court heard arguments regarding the Government's Motion in Limine (Doc. No. 37) and the Government's Motion to admit certain 404(b) evidence (Doc. No. 30), and for reasons discussed on the record;

**IT IS HEREBY ORDERED** that the Government's Motion in Limine (Doc. No. 37) is **GRANTED** subject to the testimony at trial.

**IT IS HEREBY FURTHER ORDERED** that the Government's Motion to admit certain 404(b) evidence (Doc. No. 30) is **GRANTED**.

Dated:  4/26/2019                                              s/ Robert B. Kugler
                                                             ROBERT B. KUGLER
                                                             United States District Judge