UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 18-723 |
| v. | : | VERDICT SHEET |
| | : | Hon. Robert B. Kugler |
| ALIA AL HUNAITY | : | |

**COUNT ONE**
(Marriage Fraud)

1. With respect to Count One, which charges defendant Alia Al Hunaity with knowingly entering into an unlawful marriage with Sakunthala Vithanalage aka "Mary," an alien in the United States, for the purpose of evading an immigration law on or about April 11, 2018, in Hudson County, in the District of New Jersey, we, the unanimous jury, find:

Defendant Alia Al Hunaity:

NOT GUILTY \_\_\_\_  GUILTY  X

*Please proceed to the next Count.*

## COUNT TWO
(Harboring an Illegal Alien for Private Financial Gain)

2. With respect to Count Two, which charges defendant Alia Al Hunaity with knowingly harboring an unlawful alien, Mary, for the purpose of private financial gain—from in or around July 2009 through in or around September 2018, in Passaic County and Hudson County, in the District of New Jersey and elsewhere—we, the unanimous jury, find:

Defendant Alia Al Hunaity:

NOT GUILTY \_\_\_\_   GUILTY  X

*Please proceed to the next Count.*

## COUNT THREE
(Forced Labor)

3. With respect to Count Three, which charges defendant Alia Al Hunaity with knowingly obtaining the labor or services of Mary—from in or around July 2009 through in or around September 2018, in Passaic County and Hudson County, in the District of New Jersey and elsewhere—by threat of serious harm, or intent to cause Mary to believe that, if she did not perform such labor or services, she would suffer harm, or through means of the abuse or threatened abuse of law or legal process, we, the unanimous jury, find:

Defendant Alia Al Hunaity:

NOT GUILTY _____   GUILTY _X_

SPOKESPERSON (signature)

DATE: