UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

March 10, 2020
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   CARL NAMI, JR.

**OTHERS:** Shavaughn Chapman, U.S. Probation

**Docket #**   CR 1:18-723 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
ALIA AL HUNAITY
        DEFENDANT PRESENT

**APPEARANCE:**
Andrew Macurdy, AUSA, for USA
S. Emile Lisboa, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   SENTENCING HEARING ON 3-COUNT SUPERSEDING INDICTMENT

SENTENCE: Imprisonment for a term of 60 months on Count 1 of the Superseding Indictment, and terms of 70 months on each of Counts 2 and 3 of the Superseding Indictment; all to be served concurrently.
SUPERVISED RELEASE: 3 years on each of Counts 1-3 of the Superseding Indictment, to be served concurrently
FINE: waived.
RESTITUTION: $1,200,208.00
SPECIAL ASSESSMENT: $300.00.

Defendant advised of right to appeal.
Ordered defendant shall surrender to the designated institution on a date and time to be determined by the Bureau of Prisons.
Court recommends that the Bureau of Prisons designate defendant to a facility as close as possible to defendant's home address.

Time commenced:   2:05PM    Time Adjourned:   3:10PM    Total Time:   1:05

Lawrence MacStravic
**cc: Chambers**                                                                      DEPUTY CLERK