IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Crim. No. 18-723 (RBK) |
| v. | : | **ORDER** |
| ALIA AL HUNAITY, | : | |
| Defendant | : | |

**KUGLER**, United States District Judge:

This matter comes before the Court upon Defendant Alia Al-Hunaity's Motion for Compassionate Release (ECF No. 127). The Motion was filed on January 19, 2023, and the Government filed its brief in opposition on February 24, 2023. (ECF No. 129). On March 8, 2023, Al-Hunaity's counsel filed a letter (ECF No. 130) informing the Court that Al-Hunaity's former husband and the sole caregiver of their minor children suffered a serious heart attack that could affect his ability to take care of the children, leaving them with no caregiver. The letter promised to obtain more information about his condition and to provide an update to the Court. However, no update has been filed to date;

**WHEREAS** compassionate release of an inmate may be warranted upon "[t]he death or incapacitation of the caregiver of the defendant's minor child or minor children," U.S.S.G. § 1B1.13, cmt. n.1(C)(i), the outcome of Al-Hunaity's Motion depends, in part, on whether her former husband has been incapacitated. Lacking documentation as to his condition, we cannot fully consider the Motion; therefore

1

**IT IS HEREBY ORDERED** that Al-Hunaity, through her counsel, shall provide the Court with an update, to the best of her counsel's knowledge after reasonable investigation, as to Al-Hunaity's former husband's condition and the availability of a competent caregiver for Al-Hunaity's minor children.

Dated: 8/3/2023

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

2