IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES, | Crim. No. 18-723 (RBK) |
| v. | **ORDER** |
| ALIA AL HUNAITY, | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendant Alia Al Hunaity ("Defendant")'s Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) (the "Motion" or "Mot.") (ECF No. 127). For the reasons set forth in the corresponding Opinion,

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**; and

**IT IS HEREBY FURTHER ORDERED** that, pursuant to the Court's authority under 18 U.S.C. § 3582(c)(1)(A), Defendant's previously imposed term of imprisonment is reduced to **TIME SERVED**. Defendant's term of Supervised Release is modified to a term of **FIVE YEARS**. As an additional condition of Supervised Release, Defendant shall be subject to a term of **TWO YEARS** of home confinement commencing at the discretion of U.S. Probation. Defendant shall be confined to her residence except for purposes of seeking medical treatment for herself and her children, for school related activities of her children (including, if necessary, transport to and from school), and at such other times as approved in advance by U.S. Probation. Electronic monitoring is not required. All other previously imposed conditions of Supervised Release remain in effect.

**IT IS HEREBY FURTHER ORDERED** that Defendant shall act as the primary caregiver for Minor Child-1 and his siblings until they reach the age of majority; and

**IT IS HEREBY FURTHER ORDERED** that this Order **shall not take effect for fourteen (14) days, until March 21, 2024,** to enable the Bureau of Prisons and U.S. Probation to coordinate Defendant's release.

Dated:  March 7, 2024                              /s/ Robert B. Kugler
                                                             ROBERT B. KUGLER
                                                             United States District Judge