PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Alia Al Hunaity     Cr.: 18-00723-001
    PACTS #: 5403143

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
                                                SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/10/2020

Original Offense:    Count One: Bringing in And Harboring Aliens, 8 U.S.C. Sec. 1325(c), a Class D Felony
Count Two: Harboring an Illegal Alien for Private Financial Gain, 8 U.S.C. Sec. 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i), a Class C Felony
Count Three: Forced Labor, 18 U.S.C. Sec. 1589(a), a Class C Felony

Original Sentence: 70 months imprisonment, 3 years supervised release

Special Conditions: Financial Disclosure, Mental Health Treatment, No New Debt/Credit, No Contact with Victim, Special Assessment, Restitution - Money, Location Monitoring Program

Type of Supervision: Supervised Release           Date Supervision Commenced: 03/07/2024

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mrs. Hunaity has failed to maintain compliance with the Court-ordered payment schedule for the restitution set at $250 monthly. |

U.S. Probation Officer Action:

Mrs. Hunaity denied having the financial ability to pay the currently ordered amount towards the restitution. A financial investigation has been completed and revealed that Mrs. Hunaity is unemployed, has a negative cash flow after deducting her expenses, and has unstable housing. It is respectfully recommended that the payment schedule be set at a minimum of $50.00 per month. Mrs. Hunaity has confirmed her ability to pay this amount. If she fails to make payments in that amount, or, if an adjustment to the payment schedule is warranted, the Court will be notified.

Prob 12A – page 2
Alia Al Hunaity

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*[signature: Afonso Fernandes]*

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*[signature: K. M. Villa]*                04/16/2024
KEVIN M. VILLA                            Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ Set the monthly restitution payment schedule to $50 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*[signature of Judicial Officer]*

Signature of Judicial Officer

April 16, 2024
Date