

**PHILIP R. SELLINGER**
*United States Attorney*

**JASON M. RICHARDSON**
*Assistant United States Attorney*

U.S. Department of Justice
*United States Attorney*
*District of New Jersey*

*CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE*     856/757-5026
*401 Market Street, 4th Floor*                              Fax: 856/968-4917
*Post Office Box 2098*                        Direct Dial: 856/968-4869
*Camden, New Jersey 08101-2098*

November 5, 2024

**Via ECF**
Honorable Karen M. Williams
United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

> Re:  United States v. Ali Al Hunaity
>      Crim. No. 18-723 (KMW)

Dear Judge Williams:

Please accept this letter, in lieu of more formal response, to defendant Alia Al Hunaity's *pro se* motion for return of property. Docket Entry ("DE") 135. As discussed below, the Government remains willing to return certain items to her. However, the defendant needs to contact the assigned Homeland Security Special Agent to make arraignments to retrieve the items.

The defendant seeks return of certain items that were seized from her home on September 18, 2018. Specifically, the defendant seeks return of the following:

- H.P. laptop
- iPad
- Dell Latitude laptop (GQZR4M1)
- iPhone A1457
- Sony Vaio Laptop (SVE1435CXW)
- Skytex 16gb tablet
- U.S. Passport
- Joran Passport
- Misc. documents.

DE 135-1. Counsel for the defendant made a similar request on September 28, 2021. *See* DE 113.

Since October 7, 2021, the Government has been willing to return certain items.  *See* DE 115.  Again, the Government is willing to return the following:

- The iPad;
- The Dell Latitude Laptop;
- One iPhone A1457;
- The Sony Vaio Laptop;
- Defendant's U.S. Passport (expired);
- Defendant Jordian Passport; and
- Misc. documents (as long as those documents do not pertain to the victim).

According to prior filings and agreement by defense counsel, the following items were the victim's and therefore the defendant has no right to them:

- The H.P. Laptop; and
- The Skytex Tablet.[1]

To retrieve the items, the defendant's needs to appear at the Homeland Security Investigation Office located at 620 Frelinghuysen Avenue, Newark New Jersey and sign a return of property receipt.  To make arrangements to pick up the property at a mutually convenient time, the defendant can email the Special Agent Ronald Conyers at Ronald.C.Conyers@hsi.dhs.gov.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

*/s/ Jason M. Richardson*

JASON M. RICHARDSON
Assistant U.S. Attorney

Cc:   Ali Al Hunaity, *pro se* (via First Class U.S. Mail Return Receipt)
      522 Teal Plaza
      Secaucus, New Jersey 07094

---

[1]   On October 25, 2021, Judge Kugler held a telephone conference on the defendant's prior return of property motion (DE 113).  During that conference, the Government agreed to return certain items and defense counsel agreed that the HP laptop and the Syktex tablet belonged to the victim and the defendant had no right to it.  HRG Trans. 10/25/2021 at 4.