**DEPARTMENT OF HOMELAND SECURITY**

No. **5558545**

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

65

Handbook 5200-09    NKWD E(9/19/18) O86

| 1. FPF No. | | 2. Incident No. | | |
|---|---|---|---|---|
| 3. Investigative Case No. | | 4. Enforce No. ☐☐☐☐☐☐☐☐☐ | | |
| 5. Prior Detention? Yes ☐  No ☐  If yes, DHS 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 09/18/2018 | 7. Time Seized (Use 24 Hrs) 1000 | 8. FDIN/Misc. | |
| 9. Seized From: Name: Alia AL HUNAITY | 10. Entry No. | 11. Seal or Other ID Nos. See Below | | |
| Address: _____ | 12. Remarks: | | | |
| Telephone No. (  )        Ext: | SP000000000000362290 | | | |
| 13. Send Correspondence to: | | | | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number    Type | d. Measurements Qty.    UM | e. Est. Dom. Value |
|---|---|---|---|---|
| ✓ 001 | Apple iPhone A1457 | 1  PEB L1502277 | 1  ea | $ ⊘ |
| ✓ 002 | Sony Vaio laptop SN: SVE14135CXW | 1  PEB L1502277 | 1  ea | $ ⊘ |
| ✓ 003 | iPad | 1  PEB L1502273 | 1  ea | $ ⊘ |
| 004 | Dell latitude laptop ST: GQZR4M1 | 1  PEB L1502273 | 1  ea | $ ⊘ |
| | | | | $ |
| | | | | $ |

### 15. Seizing Officer

| Bradley Benwell Print Name | x | Bradley J. Bel Signature | 09/18/2018 Date |
|---|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1-4 | 2 PEB's L1502277 L1502273 STC | Ronald Conyers | Ronald Conyers | 9/18/2018 |
| 1-4 | 2 PEB's L1502277 L1502273 STC | Anailo Valentino | JB NB | 1/14/19 |
| 1-4 | 2 PEB's L1502277 L1502273 STC | Strauss/HSI/SPS | Beth | 1/14/19 |
| 1-4 | 2 PEB's L1502277 L1502273 | Ronald Conyers | Ronald Conyers | 4/17/19 |
| 1-4 | 2 PEB's L1502277 L1502273 | Ronald Conyers | Ronald Conyers | 11/4/24 |
| 1-4 | Alia Re Evidence Returned Alia Al Hunaity | Alia Al Hunaity | | 11/12/24 |
| Evidence Returned 1-4 in Person to Alia Al Hunaity 11/12/24 RC | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

## CUSTODY RECEIPT FOR SEIZED PROPERTY AND EVIDENCE

## INSTRUCTIONS

**NOTE:** Narcotics, currency, monetary instruments, DEA samples, and evidence to be used in court must be transferred on a separate DHS Form 6051S. Initiate a separate DHS Form 6051S or D when this form is used for property transfer to the contractor. When initiating a separate DHS Form 6051S or D, ensure that the line item number corresponds to the line item number in SEACATS.

### BLOCK DESCRIPTIONS (Fill in all sections that apply)

| | |
|---|---|
| Block 1. FPF No. | Enter the 16-digit system generated FPF Case Number. |
| Block 2. Incident No. | Enter the 15 digit system generated Incident Number. |
| Block 3. Investigative No. | |
| For OI/IA Use only | Enter the OI Investigative Case Number or IA File Number. |
| Block 4. Enforce No. | Enter Enforce system case number. |
| Block 5. Detention | Enter an "X" in the block if property had been DETAINED prior to seizure and attach Detention Notice (DHS 6051D). List DHS Form 6051D, if applicable. |
| Block 6. Date | Enter the date of seizure in month/day/year. |
| Block 7. Time | Enter time of incident in 24-hour format (e.g. 1600). |
| Block 8. FDIN/Misc. | Federal Drug Identification Number/Misc. (Other agency case number) |
| Block 9. Seized from | Enter the name, address and telephone number of the person whose property has been seized. |
| Block 10. Entry No. | Enter the Entry number. |
| Block 11. Seal and Other I.D. No. | Enter Baggage Claim Number, Evidence Bag Number, CBP seal, or any other identification attached to the property. |
| Block 12. Remarks | Enter any remarks which may be relevant or which may be of assistance in storing or maintaining the property. **Reference any previous DHS Form 6051S serial number.** |
| Block 13. Send Correspondence to | Enter the local CBP office, SAIC, Port, or FPF address, as appropriate. |
| Block 14. Property | For non-S/A/S evidence, complete sections as appropriate (OI/IA use). Information entered in items 13a through 13d should be the same as entered in SEACATS. See examples below: |

| Line Item No. | Description | Packages No. / Type | Measurement Qty / UM | Line Item No. | Description | Packages No. / Type | Measurement Qty / UM |
|---|---|---|---|---|---|---|---|
| 1 | Cocaine 50 bricks in 5 boxes | 5 / boxes | 100 / Kg | 2 | Shirts | 10 / Cartons | 1000 / Ea. |

| | |
|---|---|
| Block 14a. Line Item No. | Group items by tariff number or SEACATS category code. Line item number corresponds to the line item number in SEACATS. |
| Block 14b. Description | Enter a brief description of the seized item. |
| Block 14c. Number & Type of Packages | Enter the number and type of packaging containing the property. (e.g. BX=box, BA=bale, EN=envelope) |
| Block 14d. Quantity and Unit of Measurement | The block contains the quantity of the seized item given in the units of measure entered in the Unit of Measurement block. For NARCOTICS, the net weight is entered. |
| Block 14e. Estimated Domestic Value | Enter the estimated domestic value of the item seized. |
| Block 15. Seizing Officer | Printed name and signature of Seizing Officer and date (the first officer taking custody of the property). This initiates the Chain of Custody for all items described in block 13. Signature is for **ALL** line items, including any DHS Form 6051A continuation sheet(s). |
| Block 16. Acceptance Chain of Custody | |
| Block 16a. Line Item No. | Enter the line item numbers from block 13 being accepted. (e.g. 1,2,3 and 5; or 1-3, 5) |
| Block 16b. Description | Specify item(s) being accepted. The word "ALL" or equivalent is **NOT** acceptable. |
| Block 16c. Print Name | Print the name, title and organization of the individual accepting custody of item(s). |
| Block 16d. Signature | Have the individual accepting custody of item(s) sign in this block. |
| Block 16e. Date | Enter date custody is accepted. |

DEPARTMENT OF HOMELAND SECURITY

No. **5558556**

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

Handbook 5200-09 NKnD (9/19/18) ~~066~~ 65

| 1. FPF No. | | 2. Incident No. | | |
|---|---|---|---|---|
| 3. Investigative Case No. | | 4. Enforce No. ☐☐☐☐☐☐☐☐☐☐ | | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. _____ | | 6. Date Seized (mm/dd/yyyy) 09 / 18 / 2018 | 7. Time Seized (Use 24 Hrs) 1000 | 8. FDIN/Misc. |
| 9. Seized From: Name: Alia AL HUNAITY | | 10. Entry No. | 11. Seal or Other ID Nos. See Below | |
| Address: ____ | | 12. Remarks: 5 PEB's A1723184, A1723198 Line item 7: A1723185, A1723191, A1723186 | | |
| | | Line 7 - bag # A5786173 (re bagged) from A1723198) Av 7 - bag # A5786172 (rebagged from A1723193) Av 7 - bag # A5786171 (rebagged from A1723184) Av 5,6,7 - bag # A5786169 (rebagged from A1723185) Av | | |
| Telephone No. ( ) Ext: | | | | |
| 13. Send Correspondence to: | | | | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 005 | U.S. Passport | 1 | PEB A1723185 | 1 | ea | $ ∅ |
| 006 | Jordan Passport | 1 | PEB A1723185 | 1 | ea | $ ∅ |
| 007 | Misc. Documents | 5 | PEB's | — | ea | $ ∅ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Bradley Benwell | x Bradley J. Be__ | | 09 / 18 / 2018 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 5-7 | 5 PEB's STC | Ronald Conyers | Ronald Conyers | 9/18/18 |
| 5-7 | 5 Peb's STC (see 00F12 1st entry) | Angelo Valentino | [signature] | 1/14/19 |
| 5-7 | 5 PEB's (as rebagged above) | Strauss/SPS/HSI | [signature] | 1/14/19 |
| 5-7 | 5 PEB's STC | Ronald Conyers | Ronald Conyers | 4/17/19 |
| 5-7 | 5 PEB's STC | Ronald Conyers | Ronald Conyers | 11/4/24 |
| 5-7 | Evidence Returned | Alia Al Hunaity | x [signature] | 11/12/24 |
| Evidence Returned 5-7 in Person to Alia Al Hunaity 11/12/24 RC | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

## CUSTODY RECEIPT FOR SEIZED PROPERTY AND EVIDENCE

## INSTRUCTIONS

**NOTE:** Narcotics, currency, monetary instruments, DEA samples, and evidence to be used in court must be transferred on a separate DHS Form 6051S. Initiate a separate DHS Form 6051S or D when this form is used for property transfer to the contractor. When initiating a separate DHS Form 6051S or D, ensure that the line item number corresponds to the line item number in SEACATS.

### BLOCK DESCRIPTIONS (Fill in all sections that apply)

| | |
|---|---|
| Block 1. FPF No. | Enter the 16-digit system generated FPF Case Number. |
| Block 2. Incident No. | Enter the 15 digit system generated Incident Number. |
| Block 3. Investigative No. For OI/IA Use only | Enter the OI Investigative Case Number or IA File Number. |
| Block 4. Enforce No. | Enter Enforce system case number. |
| Block 5. Detention | Enter an "X" in the block if property had been DETAINED prior to seizure and attach Detention Notice (DHS 6051D). List DHS Form 6051D, if applicable. |
| Block 6. Date | Enter the date of seizure in month/day/year. |
| Block 7. Time | Enter time of incident in 24-hour format (e.g. 1600). |
| Block 8. FDIN/Misc. | Federal Drug Identification Number/Misc. (Other agency case number) |
| Block 9. Seized from | Enter the name, address and telephone number of the person whose property has been seized. |
| Block 10. Entry No. | Enter the Entry number. |
| Block 11. Seal and Other I.D. No. | Enter Baggage Claim Number, Evidence Bag Number, CBP seal, or any other identification attached to the property. |
| Block 12. Remarks | Enter any remarks which may be relevant or which may be of assistance in storing or maintaining the property. **Reference any previous DHS Form 6051S serial number.** |
| Block 13. Send Correspondence to | Enter the local CBP office, SAIC, Port, or FPF address, as appropriate. |
| Block 14. Property | For non-S/A/S evidence, complete sections as appropriate (OI/IA use). Information entered in items 13a through 13d should be the same as entered in SEACATS. See examples below: |

| Line Item No. | Description | Packages No. / Type | Measurement Qty / UM | Line Item No. | Description | Packages No. / Type | Measurement Qty / UM |
|---|---|---|---|---|---|---|---|
| 1 | Cocaine 50 bricks in 5 boxes | 5 / boxes | 100 / Kg | 2 | Shirts | 10 / Cartons | 1000 / Ea. |

| | |
|---|---|
| Block 14a. Line Item No. | Group items by tariff number or SEACATS category code. Line item number corresponds to the line item number in SEACATS. |
| Block 14b. Description | Enter a brief description of the seized item. |
| Block 14c. Number & Type of Packages | Enter the number and type of packaging containing the property. (e.g. BX=box, BA=bale, EN=envelope) |
| Block 14d. Quantity and Unit of Measurement | The block contains the quantity of the seized item given in the units of measure entered in the Unit of Measurement block. For NARCOTICS, the net weight is entered. |
| Block 14e. Estimated Domestic Value | Enter the estimated domestic value of the item seized. |
| Block 15. Seizing Officer | Printed name and signature of Seizing Officer and date (the first officer taking custody of the property). This initiates the Chain of Custody for all items described in block 13. Signature is for **ALL** line items, including any DHS Form 6051A continuation sheet(s). |
| Block 16. Acceptance Chain of Custody | |
| Block 16a. Line Item No. | Enter the line item numbers from block 13 being accepted. (e.g. 1,2,3 and 5; or 1-3, 5) |
| Block 16b. Description | Specify item(s) being accepted. The word "ALL" or equivalent is **NOT** acceptable. |
| Block 16c. Print Name | Print the name, title and organization of the individual accepting custody of item(s). |
| Block 16d. Signature | Have the individual accepting custody of item(s) sign in this block. |
| Block 16e. Date | Enter date custody is accepted. |

DHS Form 6051S (08/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**4317378**

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09 NKnD (9/19/18) 065

| 1. FPF No. | | 2. Incident No. | |
|---|---|---|---|
| 3. Investigative Case No. | | 4. Enforce No. | |
| 5. Prior Detention? Yes ☐  No ☐  If yes, CBP 6051D No._____ | | 6. Date Seized (mm/dd/yyyy) 9 /18/ 2018 | 7. Time Seized (Use 24 Hrs) 0630 | 8. FDIN/Misc. |

| 9. Seized From: Name: *Alia Al Hunaity* | 10. Entry No. | 11. Seal or Other ID Nos. *A2862780* |
|---|---|---|

| Address: | 12. Remarks: *Item Seized during Arrest of Target* Rebagged 1/3/19 into A1730476 Rebagged 1/28/19 into A4740756 (Forensic Dr.) Rebagged 4/25/19 A5786039 (RC) |
|---|---|

Telephon

13. Send Correspondence to.

### 14. PROPERTY ( By Line Item) Attach CBP

||||| SP000000000000362289

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | Apple I-Phone (Red) | 1 | PEB | 1 | ea | $ ∅ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Ronald Conyers Print Name | x *Ronald Conyers* Signature | 9 /18/18 Date |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1 | 1 PEB A1730476 | Ronald Conyers | Ronald Conyers | 1/3/2019 |
| 1 | 1 PEB A1730476 | Angelo Valentino | | 1/14/19 |
| 001 | 1 PEB A1730476 | Strauss /SPS /HSI | | 1/14/19 |
| 001 | 1 PEB A1730476 | J DeMeester HSI | | 1/22/19 |
| 001 | 1 PEB A4740756 | B Strauss /HSI/SPS | | 1/28/19 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐  No ☐

CBP Retains Original

CBP F...  6051? /...

# CUSTODY RECEIPT FOR SEIZED PROPERTY AND EVIDENCE

## Instructions

**NOTE:** Narcotics, currency, monetary instruments, DEA samples, and evidence to be used in court must be transferred on a separate CBP Form 6051S. Initiate a separate CBP Form 6051S or D when this form is used for property transfer to the contractor. When initiating a separate CBP Form 6051S or D, ensure that the line item number corresponds to the line item number in SEACATS.

### BLOCK DESCRIPTIONS (Fill in all sections that apply)

| | |
|---|---|
| Block 1. FPF No. | Enter the 16-digit system generated FPF Case Number. |
| Block 2. Incident No. | Enter the 15 digit system generated Incident Number. |
| Block 3. Investigative No. For OI/IA Use only | Enter the OI Investigative Case Number or IA File Number. |
| Block 4. Enforce No. | Enter Enforce system case number. |
| Block 5. Detention | Enter an "X" in the block if property had been DETAINED prior to seizure and attach Detention Notice (CBP 6051D). List CBP Form 6051D, if applicable. |
| Block 6. Date | Enter the date of seizure in month/day/year. |
| Block 7. Time | Enter time of incident in 24-hour format (e.g. 1600). |
| Block 8. FDIN/Misc. | Federal Drug Identification Number/Misc. (Other agency case number) |
| Block 9. Seized from | Enter the name, address and telephone number of the person whose property has been seized. |
| Block 10. Entry No. | Enter the Entry number. |
| Block 11. Seal and Other I.D. No. | Enter Baggage Claim Number, Evidence Bag Number, CBP seal, or any other identification attached to the property. |
| Block 12. Remarks | Enter any remarks which may be relevant or which may be of assistance in storing or maintaining the property. **Reference any previous CBP Form 6051S serial number.** |
| Block 13. Send Correspondence to | Enter the local CBP office, SAIC, Port, or FPF address, as appropriate. |
| Block 14. Property | For non-S/A/S evidence, complete sections as appropriate (OI/IA use). Information entered in items 13a through 13d should be the same as entered in SEACATS. See examples below: |

| Line Item No. | Description | Packages No. / Type | Measurement Qty / UM | Line Item No. | Description | Packages No. / Type | Measurement Qty / UM |
|---|---|---|---|---|---|---|---|
| 1 | Cocaine 50 bricks in 5 boxes | 5 / boxes | 100 / Kg | 2 | Shirts | 10 / Cartons | 1000 / Ea. |

| | |
|---|---|
| Block 14a. Line Item No. | Group items by tariff number or SEACATS category code. Line Item number corresponds to the line item number in SEACATS. |
| Block 14b. Description | Enter a brief description of the seized item. |
| Block 14c. Number & Type of Packages | Enter the number and type of packaging containing the property. (e.g. BX=box, BA=bale, EN=envelope) |
| Block 14d. Quantity and Unit of Measurement | The block contains the quantity of the seized item given in the units of measure entered in the Unit of Measurement block. For NARCOTICS, the net weight is entered. |
| Block 14e. Estimated Domestic Value | Enter the estimated domestic value of the item seized. |
| Block 15. Seizing Officer | Printed name and signature of Seizing Officer and date (the first officer taking custody of the property). This initiates the Chain of Custody for all items described in block 13. Signature is for ALL line items, including any CBP Form 6051A continuation sheet(s). |
| Block 16. Acceptance Chain of Custody | |
| Block 16a. Line Item No. | Enter the line item numbers from block 13 being accepted. (e.g. 1,2,3 and 5; or 1-3, 5) |
| Block 16b. Description | Specify item(s) being accepted. The word "ALL" or equivalent is NOT acceptable. |
| Block 16c. Print Name | Print the name, title and organization of the individual accepting custody of item(s). |
| Block 16d. Signature | Have the individual accepting custody of item(s) sign in this block. |
| Block 16e. Date | Enter date custody is accepted. |

CBP Form 6051S (Back) (03/04)

# CUSTODY RECEIPT
## FOR
# DETAINED OR SEIZED
## PROPERTY
Handbook 5200-09

**Continuation Sheet**

1. Page __2__ of __2__
2. CBP-6051S or D No. __4317378__

| 3 FPF No | | | | | | 4. Investigative Case No. or IA File No. |
|---|---|---|---|---|---|---|

## 5. PROPERTY (By Line Item) Attach CBP- 58 if conveyance / FOR DETENTIONS ONLY

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value | f. Samples sent to the CBP Lab Yes or No | Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Apple I-Phone (Red) | 1 | PEB | 1 | ea | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |

## 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1 | 1 PEB A4740756 | Ronald Conyers | Ronald C. Conyers | 4/17/19 |
| 1 | 1 PEB A5786039 | Ronald Conyers | Ronald C. Conyers | 11/4/24 |
| 1 | Apple I Phone (Red) | Alia Al Hunaity | [signature] | 11/12/24 |
| | Evidence Returned in Person to Alia Hunaity | | | |
| | RC 11/12/24 | | | |

CBP Retains Original

CBP Form 6051A (8-03)

# CUSTODY RECEIPT FOR DETAINED OR SEIZED PROPERTY

## Continuation Sheet Instructions

**NOTE:** Narcotics, currency, monetary instruments, DEA samples, and evidence to be used in court must be transferred on a separate CBP-6051S. Initiate a separate CBP-6051S or D when this form is used for property transfer to the contractor. When initiating a separate CBP-6051S or D, ensure that the line item number corresponds to the line item number in SEACATS.

### BLOCK DESCRIPTIONS (Fill in all sections that apply)

Block 1. Page ___ of ___ — Enter page number and total number of pages including the CBP-6051S or CBP-6051D.
Block 2. CBP-6051S No. — Enter the serial number of the CBP-6051S, if applicable.
Block 3. FPF No. — Enter the 16-digit system generated FPF Case Number.
Block 4. For OI/IA Use Only — Enter the OI Investigative Case Number or IA File Number.
Block 5. Property — For non-S/A/S evidence, complete sections as appropriate (OI/IA use). Information entered in items 5a through 5d should mirror the summation of SEACATS. See examples below:

| Line Item No. | Description | Packages No. / Type | Measurement Qty / UM | Line Item No. | Description | Packages No. / Type | Measurement Qty / UM |
|---|---|---|---|---|---|---|---|
| 1 | Cocaine 50 bricks in 5 boxes | 5 / boxes | 100 / Kg | 2 | Shirts | 10 / Cartons | 1000 / Ea. |

Block 5a. Line Item No. — Group items by tariff number or SEACATS category code. Line item number corresponds to the Line Item number in SEACATS.
Block 5b. Description — Enter a brief description of the seized item.
Block 5c. Number & Type of Packages — Enter the number and type of packaging containing the property. (e.g. BX=box, BA=bale, EN=envelope)
Block 5d. Quantity and Unit of Measurement — The block contains the quantity of the seized item given in the units of measure entered in the Unit of Measurement Block; for Narcotics, the net weight is entered.
Block 5e. Estimated Domestic Value — Enter the estimated domestic value of the item seized.
Block 5f. Samples Sent to Lab (For Detention Only) — Enter an "X" in the box to determine if a sample was sent to the CBP Lab and list the date sent.
Block 6. **Acceptance Chain of Custody**
Block 6a. Line Item No. — Enter the line item numbers from block 13 being accepted. (e.g. 1,2,3 and 5; or 1-3, 5)
Block 6b. Description — Enter item(s) being accepted. The word "ALL" or equivalent is **NOT** acceptable.
Block 6c. Print Name — Enter the name, title and organization of the individual accepting custody of items.
Block 6d. Signature — Have individual accepting custody of item(s) sign in this block.
Block 6e. Date — Enter date custody is accepted.

CBP Form 6051A (8-03) (Back)