

PHILIP R. SELLINGER
United States Attorney

JASON M. RICHARDSON
Assistant United States Attorney

U.S. Department of Justice
*United States Attorney*
*District of New Jersey*

CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE    856/757-5026
401 Market Street, 4th Floor                              Fax: 856/968-4917
Post Office Box 2098                              Direct Dial: 856/968-4869
Camden, New Jersey 08101-2098

December 13, 2024

**Via ECF**
Honorable Karen M. Williams
United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    United States v. Ali Al Hunaity
              Crim. No. 18-723 (KMW)

Dear Judge Williams:

    On November 14, 2024, based on the Government's agreement to return certain property to defendant Alia Al Hunaity, the Court ordered the defendant to advise the Court by November 29, 2024, whether there were any remaining issues for the Court to consider. DE 138. According to the docket, the Clerk's Office mailed the Court's order to the defendant.

    Having received no response from the defendant, the Government writes to advise the Court that on November 12, 2024, the defendant met with the assigned Homeland Security Investigation Special Agent and the Special Agent returned certain items which had been seized to the defendant. The items that were returned are listed on Attachment A – Custody Receipt for Seized Property and Evidence, Blocks 6 and 16 – Acceptance/Chain of Custody, which was signed by defendant on 11/12/24.

    Accordingly, the Government believes that the defendant's motion is moot and should therefore be dismissed and the matter closed.

1

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

*[signature]*

JASON M. RICHARDSON
Assistant U.S. Attorney

Cc: Ali Al Hunaity, *pro se* (via First Class U.S. Mail)
522 Teal Plaza
Secaucus, New Jersey 07094

IT IS SO ORDERED
On this 13 day of December, 2024
That Defendant's motion for return of
Property [DE 115] Is Now Moot.

*[signature]*

Honorable Karen M. Williams
United States District Judge